Tuesday        21st

         May, 1996.


VDO Yazaki Company, et al.,                                Appellants,

  against       Record No. 0567-95-4
                Claim No. 167-66-93

Robin S. Snyder,                                           Appellee.


            From the Virginia Workers' Compensation Commission


        An order dated April 3, 1996 was received from the Supreme

Court of Virginia on April 23, 1996 and is recorded as follows:

VDO Yazaki Company, et al.,                                Appellants,

  against       Record No. 960470
                Court of Appeals No. 0567-95-4

Robin S. Snyder,                                           Appellee.


               From the Court of Appeals of Virginia


        Upon consideration of the petition for appeal filed herein,

an appeal is awarded the appellants from a judgment rendered by the

Court of Appeals of Virginia on February 6, 1996, in the above-styled

proceeding.  Upon further consideration, the said judgment is vacated

and the case is remanded to the Court of Appeals of Virginia for

reconsideration in light of this Court's decisions in The Steinrich

Group, et al. v. Claudia H. Jemmott, Record No. 950829, Perdue Farms,

Inc. v. Linda Kay Martin, Record No. 951050, and Wampler-Longacre

Chicken, Inc. et al. v. Shirley A. Biller, Record No. 951072 (March 1, 1996).

This order shall be certified to the Court of Appeals of Virginia and to the Virginia Workers' Compensation Commission.

A Copy,

Teste:

/s/ David B. Beach
Clerk

A Copy,

Teste:

Clerk